# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2010

141168

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

RICHARD LOWEKE and SHERRI LOWEKE,
     Plaintiffs-Appellants,

v

ANN ARBOR CEILING & PARTITION
COMPANY, INC.,
     Defendant-Appellee.

SC: 141168
COA: 289451
Wayne CC: 08-115935-NO

_____/

     On order of the Court, the application for leave to appeal the April 22, 2010 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

0922

_____
Clerk